# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
CONLIN WEYER

)
)　Case: 1:22-mj-00103
)　Assigned to: Judge Meriweather, Robin M.
)　Assign Date: 5/10/2022
)　Description: COMPLAINT W/ ARREST WARRANT
)
)

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_ CONLIN WEYER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 05/10/2022

2022.05.10 15:28:47 -04'00'
_Issuing officer's signature_

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
_Printed name and title_

### Return

This warrant was received on _(date)_ 5-10-22, and the person was arrested on _(date)_ 5-13-22
at _(city and state)_ Plover, Wisconsin.

Date: 5-13-22

_Arresting officer's signature_

Jeffrey Baker, Special Agent
_Printed name and title_