## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No.: 22-CR-169** |
| | : | |
| **v.** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | |
| **CONLIN WEYER,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, **CONLIN WEYER**, with the concurrence of his attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### The Attack at the U.S. Capitol on January 6, 2021

1.     The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2.     On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public.

3.     On January 6, 2021, a joint session of the United States Congress convened at the Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020

Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.     At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.     At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.7 million dollars for repairs.

7.     Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Conlin Weyer's Participation in the January 6, 2021, Capitol Riot*

8.     The defendant, Conlin Weyer lives in Wisconsin. The defendant traveled by car from a family member's home in Virginia Beach, VA to Washington, D.C., to protest the results of the 2020 Presidential Election. On January 6, 2021, the defendant entered and remained in a restricted building or grounds.

9.     On January 6, 2021, the defendant entered the Capitol on the west side of the building just after 2:30 P.M. through the Upper West Terrace door. The defendant climbed through the scaffolding on the west side of the Capitol near this location, and personally witnessed police officers physically engaging rioters in an effort to prevent the rioters from entering the building. While climbing the scaffolding before entering the Capitol building the defendant shouted, "we are taking this shit!"

10.     While inside the Capitol, the defendant took a number of photographs and videos, and can be heard in various videos saying, "this is how conservatives make history!" Weyer spent approximately 35 minutes inside the Capitol building, wandering the Rotunda, and Statuary Hall among other locations. Weyer eventually exited the Capitol building near the east Rotunda doors.

11.     Weyer stayed on the east side of the Capitol for a period of time during and after the riot, and at one point, took a video of himself on top of a police SWAT car that had been called in for assistance. In the video, the defendant can be heard saying, "we got the real ass patriots out here!"

12.     In one of the defendant's social media posts on Parler prior to January 6, the defendant stated "I would like to announce, I will be protesting with my American brothers and sisters on Capitol Hill, January 6th, DC. Stop the steal! We must stand strong, stand proud, and fight this fraudulent election from being certified! We need 4 more years of President Donald J. Trump!"

13.     Weyer confessed to the FBI the day he was arrested, saying he was caught up with the crowd, and admitted to being unlawfully inside the Capitol on January 6, 2021.

### *Elements of the Offense*

14.     Conlin Weyer knowingly and voluntarily admits to all of the elements of Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1). Specifically, the defendant admits that on January 6, 2021, he willfully and knowingly entered and remained in a restricted building, specifically, the U.S. Capitol Building, and its grounds, without lawful authority to do so.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:

Christopher M. Cook
Assistant United States Attorney
KS Bar No. 23860

## DEFENDANT'S ACKNOWLEDGMENT

I, Conlin Weyer, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 4-9-23

Conlin Weyer
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 4-11-23

Stephen F. Brennwald

Stephen F. Brennwald, Esq.
Attorney for Defendant