## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 22-cr-0169 (JMC) |
| v. | : | |
| | : | |
| **COLIN WEYER** | : | |
| | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Jack Burkhead, who may be contacted by telephone at (505) 224-1434 or e-mail at jack.e.burkhead@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:   /s/ *Jack Burkhead*
        Jack E. Burkhead
        NM Bar No. 10493
        Assistant United States Attorney
        U.S. Department of Justice
        201 3rd St.; Suite 900
        Albuquerque, NM 87103
        (505) 224-1434