# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal No. 22-CR-169 (JMC) |
| | : | |
| CONLIN WEYER, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S MOTION FOR EXTENSION TO FILE SENTENCING MEMORANDUM

The United States of America, by and through Christopher M. Cook, Trial Attorney U.S. Department of Justice, files this *nunc pro tunc* motion for extension of time to file the Government's Sentencing Memorandum in the above-captioned matter:

1. The Court ordered that the Government's Sentencing Memorandum be filed on August 31, 2023 in this case.

2. This date has since passed.

3. By this motion, the United States requests one additional day, to September 1, 2023, to file its Sentencing Memorandum.

4. The United States has reached out to defense counsel to seek their consent for filing this motion in accordance with local rules but has not heard back from defense counsel.

5. In the event this motion to file the Sentencing Memorandum on September 1, 2023, is granted, the United States has attached its Sentencing Memorandum to this filing.

Respectfully submitted,

*/s/ Christopher M. Cook*
Christopher M. Cook
Trial Attorney (detailee)
United States Department of Justice
National Security Division
christopher.cook7@usdoj.gov
D.C. Bar No. 90013354