Dear Honorable Judge,

I am writing to you today about my dear friend and brother, Conlin. I have had the pleasure of knowing Conlin since my freshman year of high school, and I can confidently say that he has had a profound impact on my life.

As Michelle Kwan once said, "If you have nothing in life but a good friend, you're rich." This quote could not be more accurate when describing Conlin's role in my life. Even though I am not a religious person, I feel blessed to have him in my life as he has become more than just a friend but a true brother to me.

Conlin has consistently shown me what it means to be a good friend. He has been there for me through thick and thin, always offering a listening ear and a shoulder to cry on. His unwavering support and feedback have been invaluable to me, especially as someone who can be self-critical at times. Conlin has always been there to offer guidance and help me work through my emotions, and I cannot express how grateful I am for his presence in my life.

Conlin's steadfast actions and reliable nature are a constant reminder to me that there are still people in this world who possess genuine qualities of kindness, loyalty, and compassion. He is always striving to bring out the best in those around him, even if it means sacrificing his own well-being and experiencing burnout at times. Despite the challenges he may face, Conlin never gives up on his commitment to helping others and consistently puts the needs of others before his own. I consider myself incredibly fortunate to have him as a friend, and I am aware that many others have also been positively impacted by his selfless attitude and unwavering dedication to assisting those around him.

Life can bring unexpected challenges to anyone, no matter how good of a person they are. Conlin's inspiring strength in overcoming adversity is evident through the obstacles he has faced. Despite these difficulties, his ability to remain positive and find a way forward is a testament to his resilience and determination. I have no doubt that this strength will enable him to achieve his future goals, and I am excited to witness his continued success.

Thank you for taking the time to consider my words. If you have any further questions, please do not hesitate to reach out to me.

Sincerely,

Ger Lor